

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2022

No. 04-22-00051-CV

**IN THE INTEREST OF B.A.S. AND B.J.S.,** Children

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-09-00242-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due to be filed on March 21, 2022. On March 23, 2022, appellee filed a motion requesting a twenty-day extension of time to file its brief. The motion is GRANTED. Appellee's brief is due **no later than April 11, 2022**. *Given the time constraints governing the disposition of this appeal, no further extensions will be granted*.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court